# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0873. SERBRENA BOOKER v. VERESCENCE NORTH AMERICA, INC.

Serbrena Booker filed a wrongful termination and retaliation complaint against Verescence North America, Inc. On September 25, 2024, the trial court granted Verescence's motion to dismiss Booker's complaint for failure to state a claim. Booker then filed a motion for reconsideration of the dismissal, which the trial court denied on October 30, 2024. On November 18, 2024, Booker filed this notice of appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). A motion for reconsideration does not extend the time for filing an appeal, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000).

Here, Booker's notice of appeal was untimely filed 54 days after entry of the September 25 order. Her motion for reconsideration did not extend the time to appeal from that order, and the October 30 denial of her motion for reconsideration is not itself appealable. See OCGA § 5-6-35 (d); *Bell*, 244 Ga. App. at 510-511. Accordingly,

we are without jurisdiction to consider this appeal, which is hereby DISMISSED. See *Perlman*, 318 Ga. App. at 739 (4).



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,___01/06/2025_____

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.